CHARLES S. CUSTER (SBN: 124270)
KEASARA M. WILLIAMS (SBN: 260469)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
PRESIDENT AND BOARD OF TRUSTEES OF
SANTA CLARA COLLEGE, erroneously sued as
Santa Clara University, Santa Clara University Ships
Master, Santa Clara University Ships Owner, and
JESUIT COMMUNITY AT SANTA CLARA
UNIVERSITY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R. AUBREE' GUANCIONE,<br><br>Seaman/Libellant/Plaintiff,<br><br>vs.<br><br>SANTA CLARA UNIVERSITY; SANTA CLARA UNIVERSITY SHIPS MASTER; SANTA CLARA UNIVERSITY SHIPS SHIPS OWNER; JESUIT COMMUNITY AT SANTA CLARA UNIVERSITY, INC.; SPHERION STAFFING OF NORTHERN CALIFORNIA, INC.; SPHERION SHIPS MASTER, SPHERIAN SHIPS OWNER; JOHN/MARY DOES 1-10,<br><br>Libellees/Defendants. | Case No. CV 09-2894 RS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:          September 2, 2009<br>Time:          9:30 a.m.<br>Courtroom:     Courtroom 4, 5th Floor<br>Judge:         Magistrate Judge Richard Seeborg<br>Trial Date:    Not Set |

Defendants PRESIDENT AND BOARD OF TRUSTEES OF SANTA CLARA

COLLEGE, erroneously sued as Santa Clara University, Santa Clara University Ships Master,

Santa Clara University Ships Owner, and JESUIT COMMUNITY AT SANTA CLARA, INC.

(hereinafter collectively referred to as "SANTA CLARA UNIVERSITY"), respectfully request that the court takes judicial notice pursuant to Federal Rules of Evidence 201 of the following information in support of their motions to dismiss for lack of subject matter jurisdiction:

1.   SANTA CLARA UNIVERSITY is located at 500 El Camino Real, Santa Clara, California, 95053.

2.   SANTA CLARA UNIVERSITY is comprised of buildings and structures, located on land.

Dated:  July 20, 2009                                      GORDON & REES LLP

                                                           By: / s /_____
                                                               Charles S. Custer
                                                           PRESIDENT AND BOARD OF TRUSTEES
                                                           OF SANTA CLARA COLLEGE, erroneously
                                                           sued as Santa Clara University, Santa Clara
                                                           University Ships Master, Santa Clara
                                                           University Ships Owner, and JESUIT
                                                           COMMUNITY AT SANTA CLARA
                                                           UNIVERSITY, INC.