**United States District Court**
For the Northern District of California

1

2

3                                                    **\*E-Filed 7/24/09\***

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12   R. AUBREE GUANCIONE,                    Case No. 5:09 CV 2894 RS

13

            Plaintiff,

14

        v.                                  **ORDER SETTING**
15                                          **CONSENT/DECLINATION**
                                            **DEADLINE**
16

17   SANTA CLARA UNIVERSITY; SANTA
     CLARA UNIVERSITY SHIPS MASTER;
     SANTA CLARA UNIVERSITY SHIPS
18   OWNER; JESUIT COMMUNITY AT
     SANTA CLARA UNIVERSITY, INC.;
19   SPHERION STAFFING OF NORTHERN
     CALIFORNIA, INC.; SPHERION SHIPS
20   MASTER; SPHERION SHIPS OWNER; and
     JOHN/MARY DOES 1-10,
21
            Defendants.
22   _____/

23

24      Defendants President and Board of Trustees of Santa Clara College (erroneously sued as

     Santa Clara University, Santa Clara University Ships Master, Santa Clara University Ships Owner)
25
     and Jesuit Community at Santa Clara, Inc., have filed a motion to dismiss, docket [6] in the above-
26
     captioned matter.  This motion is noticed for hearing on September 2, 2009, at 9:30 a.m.
27

28

     CASE NO. 5:09 CV 2894 RS
     ORDER SETTING CONSENT/DECLINATION DEADLINE

1    In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or

2    declinations to magistrate jurisdiction no later than **August 12, 2009**.

3

4    IT IS SO ORDERED.

5

6    Dated:    7/24/09

7                                                                                    RICHARD SEEBORG
                                                                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

**United States District Court**
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 5:09 CV 2894 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

2

**United States District Court**

For the Northern District of California

1 | **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

2

3 | Charles S. Custer                      ccuster@gordonrees.com

4 | **AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

5 | R. Aubree Guancione
POB 641641
6 | San Jose, CA 95164

7

8 | DATED:   7/24/09

9 |                                 /s/ Chambers Staff
                                Chambers of Magistrate Judge Richard Seeborg

10

11

12 | \* Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 5:09 CV 2894 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE